IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| STEPHANIE STOGDILL AND THOMAS STOGDILL<br>Plaintiffs,<br><br>vs.<br><br>WALMART INC.<br><br>Defendant. | **ORIGINAL NOTICE** |

**TO: THE ABOVE NAMED DEFENDANT, : Walmart Inc**

You are notified that a petition has been filed in the office of the Clerk of this Court, naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff(s) is Randall J. Shanks, whose address is 409 West Broadway, Council Bluffs, Iowa 51503. That attorney's phone number is (712) 322-2600 and Facsimile number is (712) 323-5577.

You must file a motion or answer within TWENTY (20) days after service of this notice upon you and, within a reasonable time thereafter, by electronically filing using the Iowa Judicial Branch Electronic Document Management System (EDMS) at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.

If you electronically file, EDMS will serve a copy of the motion or answer on the attorneys for Plaintiffs. The Notice of Electronic Filing will indicate if Plaintiffs are exempt from electronic filing, and if you must mail a copy of your motion or answer to Plaintiffs.

You must also notify the clerk's office of any address change.

If you need assistance to participate in court due to a disability, contact the disability coordinator at: 712-328-4793. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). Disability coordinators cannot provide legal advice.

**IMPORTANT**
**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS**

E-FILED 2023 OCT 13 8:10 AM POTTAWATTAMIE - CLERK OF DISTRICT COURT

## Iowa Judicial Branch

Case No. **LACV124601**
County **Pottawattamie**

Case Title   STEPHANIE & THOMAS STOGDILL VS WALMART INC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-4753** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **10/13/2023 08:10:08 AM**



District Clerk of Court or/by Clerk's Designee of Pottawattamie   County
**/s/ Julie Walling**

## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| STEPHANIE STOGDILL and THOMAS STOGDILL<br>Plaintiffs,<br><br>vs.<br><br>WALMART INC.<br><br>Defendant. | LAW.:<br><br>PETITION AT LAW AND JURY DEMAND |

### I. PRELIMINARY STATEMENT

1. This is a civil action in which the Plaintiffs are seeking to recover damages as a result of personal injuries sustained in a fall upon the Defendant's premises which occurred on August 6, 2023.

### II. JURISDICTION

2. Jurisdiction is conferred upon this Honorable Court pursuant to Iowa Code Section 602.6101. Furthermore, venue is conferred pursuant to Iowa Code Section 616.18. Pursuant to Iowa Code § 619.18 (2009), Plaintiffs certify to the Court that this action meets the applicable jurisdictional requirements for amount in controversy in district court.

### III. PARTIES

3. The Plaintiff, Stephanie Stogdill, (hereinafter referred to as Stephanie) states that she was, at all times material hereto, a citizen of the United States and a resident of Council Bluffs, Pottawattamie County, Iowa. At time of said incident, Stephanie was 56 years of age, her year of birth is 1966 and her life expectancy was 27.41 years.

4. The Plaintiff, Thomas Stogdill, (hereinafter referred to as Thomas) states that he was, at all times material hereto, a citizen of the United States and a resident of Council Bluffs, Pottawattamie County of Iowa. At time of said incident, Thomas was 57 years of age, his year of birth was 1966 and his life expectancy was 23.94 years.

5. That Defendant, Walmart Inc. owned and/or possessed the property located at 3201 Manawa Centre Drive, Council Bluffs, Pottawattamie County, Iowa, where Plaintiff's injury occurred which forms the subject of this lawsuit.

### IV. STATEMENT OF THE CLAIM

6. On or about August 6, 2023, the Plaintiffs had completed their shopping and were heading to the checkout when Stephanie stepped on a grape that was on the floor and fell onto her right elbow causing a fracture.

7. The Defendant knew or in the exercise of reasonable care should have known of a condition on the premises and that it involved an unreasonable risk of injury to a person in Stephanie's position.

8. The Defendant knew or in the exercise of reasonable care should have known:

   a. Stephanie would not discover the condition, or

   b. Stephanie would not realize the condition presented an unreasonable risk of injury, or

   c. Stephanie would not protect herself from the condition.

9. The Defendant was negligent. The negligence of the Defendant was the direct and proximate cause of the aforementioned incident. Said negligence includes but is not limited to one or more of the following acts:

a) In failing to warn Stephanie that the area was unsafe;

b) In failing to exercise ordinary care in inspecting the area to ensure the area was in a safe condition; and

c) In failing to take adequate safety measures in the store to protect the customers.

## V. INJURIES

10. As a direct result of the negligence of the Defendant, Plaintiffs have sustained severe and permanent injuries and damages.

## VI. DAMAGES

11. As a direct and proximate result of the negligence of the Defendant, Stephanie has suffered and incurred damages in the past and will continue to suffer and incur damages in the future, which include, but are not limited to, the following:

   a. Medical and hospital expense, past and future;

   b. Loss of earnings;

   c. Loss of future earning capacity;

   d. Physical and mental pain and suffering, past and future; and

   e. Loss of full mind and body, past and future.

all to her damage and detriment.

## VII. LOSS OF CONSORTIUM

12. Plaintiffs re-allege paragraphs 1-11 as if fully set forth herein.

13. That as a direct and proximate result of the aforementioned occurrence, Thomas has been denied the normal relationship, companionship and consortium with Stephanie and therefore has been damaged.

## VIII.  JURY DEMAND

14.     Plaintiffs hereby demand a jury trial of all issue in this matter.

## IX.     PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for judgment against the Defendant in an amount that will reasonably compensate them for their damages all with interest and costs as provided by the law.

SHANKS LAW FIRM
Randall J. Shanks
409 West Broadway
Council Bluffs, Iowa 51503
Telephone #: (712) 322-2600
Facsimile #: (712) 323-5577
Randy@ShanksLaw.net

_____
RANDALL J. SHANKS
ATTORNEY FOR PLAINTIFFS